## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **ROBERT HORN,** | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:20-CV-01990-M |
| | § | |
| **KROGER TEXAS, LP** | § | |
| *Defendant*. | § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certified that the following persons have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

Robert Horn – Plaintiff

Julie Wolf – Plaintiff's Counsel

Wolf Law, PLLC – Plaintiff's Counsel's Law Firm

Kroger Texas, L.P. – Defendant

B. Kyle Briscoe and Jack Ormond – Defendant's Counsel

Peavler Briscoe – Defendant's Counsel's Law Firm

Respectfully submitted,

**Wolf Law, PLLC**

By: _____
**Julie Wolf**
Texas Bar No. 24051542
julie@wolflawpllc.com
12222 Merit Dr., Suite 1200
Dallas, Texas 75251
Tel. (972) 338-4477
Fax. (972) 338-5044
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on this 16th day of October, 2020, a true and correct copy of the aforementioned document was served on all counsel of record, in accordance with the Federal Rules of Civil Procedure.

_____
**Julie Wolf**